UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JUN -6 PM 4:06

| UNITED STATES OF AMERICA, | CASE NO. 11CR4632-JAH |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** (Rule 48, F.R.Crim.P.) |
| MANUEL LEON-SUAREZ, | |
| Defendant. | |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326(a) and (b)       .

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JUNE 5, 2012

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____